# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DAVID DEXTER

                              CASE NO.: 6:16-cv-00477-CEM-KRS

    Plaintiff

v.

CMRE FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, CMRE Financial Services, Inc., (CMRE) by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: December13, 2016

                                         Respectfully submitted,

                                         /s/ Rachel A. Morris
                                         Rachel A. Morris, Esq.
                                         Florida Bar No. 091498
                                         SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
                                         3350 Buschwood Park Drive, Suite 195
                                         Tampa, FL 33618
                                         Telephone: (813) 890-2469
                                         Facsimile: (866) 466-3140
                                         ramorris@sessions.legal

                                         *Attorneys for Defendant,*

*CMRE Financial Services, Inc.*,

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of December 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system or U.S. First Class Mail including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Jared M. Lee, Esq.
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
JLee@ForThePeople.com
JMLPleadings@ForThePeople.com

/s/ Rachel A. Morris
Attorney